Christie Gaumer (SBN 150649)
*christie@gaumerlaw.com*
LAW OFFICE OF CHRISTIE GAUMER
3940 Laurel Canyon Blvd., No. 733
Studio City, CA 91604
Tel: (323) 934-8500
Email: christie@gaumerlaw.com

Attorney for Plaintiff
DAVID DEAN

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE DEAN, an individual,<br><br>                 Plaintiff,<br><br>        vs.<br><br>A.E. TRIBE, LLC, a Georgia limited liability company; EVITA ALEXANDER-ESTEVES, an individual, and Does 1 through 10,<br><br>                 Defendant. | CASE NO: 5:24-CV-01194-SSS-SP<br><br>NOTICE OF SETTLEMENT |

TO THE COURT AND PARTIES AND THEIR ATTORNEYS:

The parties herein are documenting a settlement reached in principal, but needing documentation of details, which will be set forth in a written settlement agreement. Plaintiff's counsel requests that dates herein be stayed until the written settlement agreement is fully drafted and signed.

1

2   Dated: July 15, 2025                LAW OFFICE OF CHRISTIE GAUMER

3

4                                       BY:___/Christie Gaumer/_____
                                             Christie Gaumer
5                                       Attorney for Plaintiff Dave Dean

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

    I hereby certify that a true and complete copy of the foregoing NOTICE OF SETTLEMENT  has been served on Plaintiff's Attorney of Record on July 15, 2025 via email to:  David Stewart <david@t-rexlaw.com

                           /Christie Gaumer/

                             Christie Gaumer

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Notice of Settlement