Christie Gaumer (SBN 150649)
*christie@gaumerlaw.com*
LAW OFFICE OF CHRISTIE GAUMER
3940 Laurel Canyon Blvd., No. 733
Studio City, CA 91604
Tel: (323) 934-8500
Email: christie@gaumerlaw.com

Attorney for Plaintiff
DAVID DEAN

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE DEAN, an individual,<br><br>                     Plaintiff,<br><br>       vs.<br><br>A.E. TRIBE, LLC, a Georgia limited liability company; EVITA ALEXANDER-ESTEVES, an individual, and Does 1 through 10,<br><br>                     Defendant. | CASE NO: 5:24-CV-01194-SSS-SP<br><br>STIPULATION FOR DISMISSAL [FRCP 41(a)] |

TO THE COURT AND PARTIES AND THEIR ATTORNEYS:

  The parties herein, by and through the undersigned counsel, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

| | | |
|---|---|---|
| 1 | Dated: October 15, 2025 | LAW OFFICE OF CHRISTIE GAUMER |
| 2 | | |
| 3 | | BY:__/Christie Gaumer/_____ |
| 4 | | Christie Gaumer<br>Attorney for Plaintiff Dave Dean |
| 5 | Dated: October 15, 2025 | T-REX LAW, P.C. |
| 6 | | |
| 7 | | |
| 8 | | BY:___/David Stewart_____<br>David Stewart |
| 9 | | Attorney for Defendants A.E. Tribe, LLC and<br>Evita Alexander Esteves |

2
Stipulation for Dismissal